granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — McAvoy, Martin, O'Malley and Townley, JJ.

THEODORE DUDAR v. MILEF REALTY CORPORATION and Another. MILEF REALTY CORPORATION v. J. HARRY McNALLY, INC., and PIETROWSKI & KONOP COMPANY, INC.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal upon the above-named appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THEODORE DUDAR v. MILEF REALTY CORPORATION and Another. MILEF REALTY CORPORATION v. J. HARRY McNALLY, INC., and PIETROWSKI & KONOP COMPANY, INC.— Motion denied, with ten dollars costs to the plaintiff, respondent. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARY ADELAIDE HYLAND, an Infant, etc., v. PETER B. COLFORD and Others, Impleaded, etc.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted, upon the appellants Peter B. Colford, Margaret Rotunno, James Rotunno and Frank J. Zaniel filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LYMANSVILLE COMPANY v. FOREMAN & CLARK MFG. Co., INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CANADIAN INDUSTRIAL ALCOHOL COMPANY, LTD., v. DUNBAR MOLASSES COMPANY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOHN MURPHY v. T. HOGAN & SONS, INC., and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MUNICIPAL SERVICE REAL ESTATE COMPANY, INC., v. D. B. & M. HOLDING CORPORATION, Impleaded with THE NATIONAL SUGAR REFINING COMPANY OF NEW JERSEY.— Motion granted; questions certified. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MARIE ERTL v. CHARLES F. BROWN and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANNIE CATHERINE FISHER, as Administratrix, etc., of CHARLES N. SMITH, Deceased, v. BENJAMIN J. WEIL and Another, as Executors, etc., of JONAS WEIL, Deceased, and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of NATHANIEL BERMAN against ASSOCIATED FUR COAT & TRIMMING MANUFACTURERS, INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Issuance of Letters of Administration, etc., of CHARLES E. MURTHA, JR., Deceased.— Motion granted. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

KATE JONES v. HATTIE M. FUNKE and Others, as Executors, etc., of DAVID ISRAEL, Deceased, and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.